United States District Court
Southern District of Texas
**ENTERED**
November 18, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **FARAIDON ALIMI,** | § | |
| **Petitioner,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 5:26-CV-01908** |
| | § | |
| **RIO GRANDE DETENTION CENTER,** | § | |
| **et al.,** | § | |
| **Respondents.** | § | |

**ORDER**

Before the Court is Petitioner's Motion for Extension of Time to File a Reply to Respondents' Response, (Dkt. No. 12). Petitioner requests an additional thirty (30) days to respond to Respondents' Response to the Petition for Writ of Habeas Corpus and Motion for Summary Judgment, (Dkt. No. 9).

When a party moves to extend a deadline before it expires, the Court may extend the deadline for "good cause." Fed. R. Civ. P. 6(b)(1). "The permissive language of Rule 6(b) shows that any grant of an extension of time for when an act must be done falls to the district court's discretion." *McCarty v. Thaler*, 376 F. App'x 442, 443 (5th Cir. 2010).

For the reasons stated in the motion, the Court finds good cause and extends the deadline. Therefore, Petitioner's Motion for Extension of Time to File a Reply to Respondents' Response, (Dkt. No. 12), is **GRANTED**. Should Petitioner wish to file a reply, his deadline to do so is **EXTENDED** to **December 18, 2026.**

The Clerk of Court is **DIRECTED** to mail this Order to Petitioner via regular mail and any receipted means to the address on file with the Court.

It is so **ORDERED**.

**SIGNED** on November 18, 2026.

John A. Kazen
United States District Judge